**E-FILED**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN PAZ, | No. C 14-0374 RMW (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| COUNTY OF SANTA CLARA, | |
| Defendant. | |

On January 24, 2014, defendant filed a notice of removal to this court from state court and paid the filing fee. Plaintiff, proceeding pro se, alleged civil rights violations under 42 U.S.C. § 1983, as well as a violation of plaintiff's rights under the Americans with Disabilities Act. Defendant has filed a motion to dismiss. However, on February 19, 2014, March 12, 2014, and March 18, 2014, the court's mailings to plaintiff were returned as undeliverable due to plaintiff no longer being in custody. As of the date of this order, plaintiff has not filed a notice of change of address or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding pro se must promptly file a notice of change of address while an action is pending. See L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address.

1  See L.R. 3-11(b).

2  More than sixty days have passed since the mail addressed to plaintiff was returned as
3  undeliverable. The court has not received a notice from plaintiff of a new address. Accordingly,
4  the instant civil rights action is **DISMISSED** without prejudice pursuant to Rule 3-11 of the
5  Northern District Local Rules.

6  The clerk shall terminate any pending motions and close the file.

7  IT IS SO ORDERED.

8  DATED: _____   *Ronald M. Whyte*

    RONALD M. WHYTE
9   United States District Judge

Order of Dismissal
P:\PRO-SE\RMW\CR.14\Paz374dis311.wpd            2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARTIN PAZ et al,

        Plaintiff,

  v.

SANTA CLARA COUNTY JAIL et al,

        Defendant.

Case Number: CV14-00374 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 2, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Martin Paz 13038736/DCT191
Santa Clara County Jail
885 N. San Pedro St.
San Jose, CA 95110

Dated: June 2, 2014

                                      Richard W. Wieking, Clerk
                                      By: Jackie Lynn Garcia, Deputy Clerk