E-FILED on 6/2/14

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARTIN PAZ, | ) | No. C 14-0374 RMW (PR) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| COUNTY OF SANTA CLARA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The court has dismissed the instant action without prejudice for plaintiff's failure to provide the court with his current address pursuant to Rule 3-11 of the Northern District Local Rules.  A judgment of dismissal without prejudice is hereby entered.  The clerk of the court shall close the file.

IT IS SO ORDERED.

DATED: _____

RONALD M. WHYTE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


MARTIN PAZ et al,

               Plaintiff,

   v.

SANTA CLARA COUNTY JAIL et al,

               Defendant.

                                        /

Case Number: CV14-00374 RMW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 2, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Martin Paz 13038736/DCT191
Santa Clara County Jail
885 N. San Pedro St.
San Jose, CA 95110

Dated: June 2, 2014

                                   Richard W. Wieking, Clerk
                                   By: Jackie Lynn Garcia, Deputy Clerk